AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

## For The District of Columbia

**UNITED STATES OF AMERICA**

V.

JEFFREY ALAN ROTHSHILD,
aka Jeffrey Alan Zahler
DOB:   11/21/1947

**CRIMINAL COMPLAINT**

CASE NUMBER:

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.  On or about __November 10, 2005__ in __Washington, D.C.__ county, in the _____ District of __Columbia__ defendant(s) did, (Track Statutory Language of Offense)

unlawfully knowingly possessing or using, without lawful authority, a means of identification of another person, specifically the Social Security number of Ridley M. Whitaker, with the intent to commit, or to aid or abet, or in connection with, any unlawful activity, that constitutes a violation of Federal law, or that constitutes felony under any applicable State or local law,

in violation of Title __18__ United States Code, Section(s) __1028(a)__ .

I further state that I am __a Special Agent with the United States Secret Service__, and that this complaint is based on the following facts:

**See Attached Affidavit**

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

AUSA JESSIE K. LIU   (202) 514-7549
Sworn to before me and subscribed in my presence,

Signature of Complainant
Kevin P. Aurand, Special Agent
United States Secret Service

_____
Date

at   __Washington, D.C.__
City and State

_____
Name & Title of Judicial Officer

_____
Signature of Judicial Officer