UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Misc. No. _____ |
| | : | |
| **JEFFREY ALAN ROTHSCHILD** | : | **UNDER SEAL** |
| **aka JEFFREY ALAN ZAHLER** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

**GOVERNMENT'S MOTION TO SEAL**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves the Court to place under seal until further order of the Court this Motion to Seal; the Court's Order on the Motion to Seal; the Complaint; the Application for an Arrest Warrant; and the Affidavit in Support thereof, and to delay entry on the public docket of this Motion to Seal and all related documents. In support of its motion, the Government states as follows:

The Complaint, the Application for an Arrest Warrant, and the Affidavit in Support thereof are part of the culmination of an investigation that has been conducted by the United States Secret Service, the United States Postal Inspection Service, and other federal law enforcement agencies into numerous violations of the United States Code by JEFFREY ALAN ROTHSCHILD aka JEFFREY ALAN ZAHLER ("ROTHSCHILD"), including identification document fraud, identity theft, and theft of Government property, in the District of Columbia and elsewhere. It is imperative that the Complaint, the Application for an Arrest Warrant, the Affidavit in Support thereof, and documents related thereto remain confidential to ensure the safety of United States Secret Service agents, United States Postal Inspectors, and other law enforcement agents as the coordinated execution of an arrest

warrant is planned and conducted and to preserve any evidence which may exist at the location where the arrest warrant is executed. Furthermore, based on the nature and circumstances of the criminal activity alleged to have been conducted by ROTHSCHILD, including the fact that he already has an arrest warrant pending as a result of his having breached the terms of his supervised release, it is very likely that ROTHSCHILD will flee if he learns of the Complaint, the Application for an Arrest Warrant, and the Affidavit in Support thereof. In making this motion, the Government relies on *Washington Post v. Robinson*, 935 F.2d 282, 289 n.10 (D.C. Cir. 1991).

WHEREFORE, for all of the foregoing reasons, the Government requests that its motion be granted and that this Motion; the Court's Order on the Motion to Seal; the Complaint; the Application for an Arrest Warrant; and the Affidavit in Support thereof be sealed, and entry on the public docket of this Motion to Seal and all related documents be delayed, until further order of the Court.

Respectfully submitted,
KENNETH L. WAINSTEIN
United States Attorney

BY: _____
JESSIE K. LIU
Assistant United States Attorney
D.C. Bar No. 472845
United States Attorney's Office
555 Fourth Street, N.W.
Room 4649
Washington, D.C. 20530
Phone:     202-514-7549
Fax:       202-353-9414
E-mail:    Jessie.K.Liu@usdoj.gov