**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
United States Courthouse
511 E. San Antonio, Suite 219
El Paso, Texas 79901

William G. Putnicki
Clerk of the Court

July 3, 2006


SEALED

Clerk's Office
U.S. District Court
333 Constitution Avenue, N.W.
Washington, DC 20001

**FILED**

JUL 0 7 2006

IN RE: Our Case Number: 06-3366M

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

    Your Case Number: 06-292-M-01

    U.S.A. vs. JEFFREY ALAN ROTHSCHILD aka: JEFFREY ALAN ZAHLER

Enclosed please find the following documents pertinent to the removal of the above defendant(s) to your district:

(a.) **xx**  Original Order of Removal (with attachments)

(b.) ___  Original Appearance Bond

Kindly acknowledge receipt of the enclosures by signing and returning the copy of this letter.

Sincerely,

William G. Putnicki, Clerk of Court

by: *M N Molina*
    Margie N. Molina
    Courtroom Deputy
    To United States Magistrate Judge,
    Richard P. Mesa

Encl.
RECEIVED THIS _____ DAY OF _____, 2006.

BY: _____

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No.  3:06-M-3366-M |
| | ) | (Dist. Of Columbia/ No. 06-292-M-01) |
| JEFFREY ALAN ROTHSHILD | ) | RULE 5 |
| AKA: JEFFREY ALAN ZAHLER | | |

FILED JUL 3 - 2006 FOR THE U.S. MAGISTRATE JUDGE BY THE WESTERN DISTRICT OF TEXAS SPECIAL DEPUTY CLERK

## REMOVAL ORDER

On June 28, 2006, the above named Defendant appeared before the undersigned having been arrested on a warrant for arrest issued out of the United States District Court for the District of Columbia. The office of the Federal Public Defender was appointed to represent the Defendant. The Government filed a Motion to Detain the Defendant Without Bond and an identity hearing, preliminary hearing and detention hearing were set for July 3, 2006.

On this date came on to be heard the identity hearing, preliminary hearing and detention hearing. The Defendant executed an Order Regarding Rule 5 Proceedings wherein he waived an identify hearing and waived a preliminary hearing in this district but requested a preliminary hearing in the prosecuting district. After hearing the evidence, the Court finds that the above Defendant is the Defendant named in the Complaint and Warrant for Arrest. Additionally, the Defendant waived a detention hearing in this district but requested a detention hearing in the prosecuting district.

The Defendant having had an opportunity to confer with counsel, it is hereby ORDERED that the Marshal's Service transport and deliver the Defendant to the District of Columbia at Washington, D.C.

SIGNED AND ENTERED this the ___3RD___ day of July, 2006.

Richard P. Mesa
_____
RICHARD P. MESA
UNITED STATES MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT

WESTERN District of TEXAS

FILED
JUL 3 - 2006
U.S. MAGISTRATE JUDGE
FOR THE WESTERN DISTRICT OF TEXAS
BY _____ SPECIAL DEPUTY CLERK

UNITED STATES OF AMERICA
V.

JEFFREY ALAN ROTHSCHILD
AKA: JEFFREY ALAN ZAHLER

## COMMITMENT TO ANOTHER DISTRICT

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | 06-292-M-01 | 3: 06-M-3366-M | |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

☐ Indictment  ☐ Information  X Complaint  X Other (specify)

charging a violation of   18   U.S.C. §  1028(a)

**DISTRICT OF OFFENSE**

United States District Court for the District of Columbia

**DESCRIPTION OF CHARGES:**

unlawful use of identification

**CURRENT BOND STATUS:**

☐ Bail fixed at _____ and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
X Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)   Defendant waived Identity Hearing

**Representation:**  ☐ Retained Own Counsel   X Federal Defender Organization   ☐ CJA Attorney   ☐ None

**Interpreter Required?**  ☐ No   ☐ Yes   Language:

WESTERN DISTRICT OF TEXAS

**TO: THE UNITED STATES MARSHAL**

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

July 3, 2006
Date

RICHARD P. MESA, UNITED STATES MAGISTRATE JUDGE

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

Filed 6·30·06
Clerk, U. S. District Court
Western District of Texas
_____ Deputy

UNITED STATES OF AMERICA )
 )
v. )
 ) No. 06-3366(1)-M
Jeffrey Alan Rothshild )
 )

RECEIVED

## ORDER REGARDING RULE 5 PROCEEDINGS

I, _____, understand that in the _____ District of _____ I have been charged with violating _____. I have been taken before a United States Magistrate Judge who has informed me of the charge(s) and my right to: (1) retain counsel or request the appointment of counsel if I am unable to retain counsel, (2) request transfer of the proceedings to this district pursuant to Rule 20, Fed.R.Crim.P., in order to plead guilty, (3) an identity hearing to determine if I am the person named in the charge and (4) a preliminary examination (unless an indictment has been returned or an information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held either in this district or the district of prosecution.

I HEREBY WAIVE (GIVE UP) MY RIGHT TO:

✓  Identity hearing

✓  Preliminary hearing, but I want the preliminary examination hearing in the prosecuting district

___  Identity hearing and I have been informed that I have no right to a preliminary hearing

___  Detention hearing

✓  Detention hearing in El Paso, but I want a detention hearing in the prosecuting district

_____        _____
Defendant                             Defense Counsel

Date: 6/29/06

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

FILED
Jun 28 2006
Clerk, U.S. District Court
Western District of Texas

By: _mnm_
Deputy

USA

vs.

(1) JEFFREY ALAN ROTHSCHILD
   AKA: JEFFREY ALAN ZAHLER

Case Number:
EP:06-M -03366(1) - M

Interpreter Required: Yes___ No ✓

---

**\*PROCEEDINGS SHEET / CRIMINAL NOTICE**                      18:1028

TAKE NOTICE That a proceeding in this case has been set for the place, date and time set forth below:

| Place | Room No. |
|---|---|
| United States Courthouse<br>511 E. San Antonio<br>El Paso, Texas 79901 | 444 |
| | **Date and Time**<br>July 03, 2006 at 10:00 AM |

Type of Proceeding

**IDENTITY HEARING/PRELIMINARY/DETENTION**

---

RICHARD P MESA
UNITED STATES MAGISTRATE JUDGE

**June 28, 2006**
Initial Appearance Date

Margie N. Molina   (915) 534-6717
(BY) DEPUTY CLERK

To:
DEFENDANT - (1) JEFFREY ALAN ROTHSCHILD
DEF ATTORNEY - - FPD - -
U.S. PROBATION
U.S. PRETRIAL SERVICES
U.S. ATTORNEY
U.S. MARSHAL
AGENCY - Secret Service - SHAWN MUNDY

\* Defendant afforded initial appearance pursuant to Fed. R. Crim. P. 5, informed of charges, penalties, right to remain silent, right to preliminary examination, right to be represented by counsel, and to appointment of counsel if Defendant is finacially unable to obtain counsel, and the circumstances under which Defendant may secure pretrial release. Intial Appearance is electronically recorded.

Filed: 06/28/2006
Clerk, U.S. District Court
Western District of Texas
By: _____
Deputy

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | | |
|---|---|---|
| USA | § § | |
| vs. | § § § | Case Number: EP:06-M-03366(1) M |
| (1) JEFFREY ALAN ROTHSCHILD<br>*Defendant* | § § | |

# ORDER APPOINTING COUNSEL

The above named Defendant has testified under oath, or has otherwise satisfied this court that he or she is financially unable to employ counsel, and does not wish to waive counsel.

Because the interests of justice so require, the Federal Public Defender of this District is hereby appointed, pursuant to the provisions of the Criminal Justice Act, to represent said Defendant in this case.

This appointment shall remain in effect until further order of this court.

It is, accordingly, so ORDERED this 28th day of June, 2006.

_____
RICHARD P MESA
U.S. MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

Filed 6-28-06
Clerk, U. S. District Court
Western District of Texas
By _____ Deputy

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | NO. 06-3366M |
| ) | (UNITED STATES DISTRICT OF |
| JEFFREY ALAN ROTHSHILD ) | COLUMBIA COURT NO. 06-292-M-01) |
| (JEFFREY ALAN ROTHSCHILD) ) | |

## GOVERNMENT'S MOTION TO DETAIN DEFENDANT WITHOUT BOND AND MOTION FOR CONTINUANCE

Comes now the United States of America, by and through the United States Attorney for the Western District of Texas, and pursuant to 18 U.S.C. § 3142(e) and (f), files this, its Motion to Detain Defendant Without Bond and Motion for Continuance, and for cause, would respectfully show unto the Court the following:

1. The Defendant was arrested on a warrant issued from the United States District Court for the District of Columbia, charging Defendant with a violation of 18 U.S.C. § 1028(a).

2. The Defendant has a prior criminal history.

3. The Defendant was also arrested on a warrant issued by the United States District Court for the Southern District of New York for failure to comply with the terms of supervised release.

4. There are no conditions or combination of conditions which will reasonably assure the safety of the community should Defendant be released on bond.

June 28, 2006

The Government would further move the Court for a three day continuance of the detention hearing from the date of the initial appearance.

WHEREFORE, premises considered, the Government respectfully prays the Court to hold the above-named Defendant without bail pending the final outcome of this case.

Respectfully submitted,

JOHNNY SUTTON
UNITED STATES ATTORNEY

BY: _____
DONNA S. MILLER
Assistant U.S. Attorney
Texas Bar # 14070400
700 E. San Antonio, Suite 200
El Paso, Texas 79901
(915) 534-6884

June 27, 2006